IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERIZON MARYLAND, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: _____ |
| BLACK HORSE CARRIERS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Petitioner/Defendant, Black Horse Carriers, Inc. ("Black Horse"), by its undersigned attorneys, Andrew T. Stephenson, J. Ethan Clasing, and Franklin & Prokopik, P.C., and pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully states as follows:

1. Petitioner/Defendant Black Horse has been named Defendant, in a suit filed in the Circuit Court for Baltimore County, Case No.: C-03-CV-22-000638. The lawsuit was originally filed on November 15, 2022, and Petitioner/Defendant Black Horse was served on November 22, 2022.

2. The above-captioned matter is a civil action in which the Plaintiff seeks compensation from Petitioner/Defendant Black Horse allegedly arising from a motor vehicle colliding with utility lines.

3. This action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. Petitioner/Defendant alas seeks to remove this action to this Court under 28 U.S.C. §1441 and 28 U.S.C. §1446.

4. Plaintiff Verizon of Maryland, Inc. is incorporated in the state of Maryland, with a principal place of business located at One East Pratt Street, Floor 8E, Baltimore, MD 21202.

5. Petitioner/Defendant Black Horse is incorporated in the state of Illinois and its principal place of business is located at 500 West Madison Street, Suite 3700, Chicago, IL 60661.

6. Petitioner/Defendant Black Horse is entitled to removal because there is complete diversity of citizenship between Plaintiff and the Defendant and the amount in controversy exceeds $75,000.00.

7. Pursuant to Local Rule 103.5(a) filed herewith are copies of the following state court documents: (1) Writ of Summons – Black Horse (2) Complaint & Jury Prayer and (3) Answer to Complaint, as Exhibits 1 through 3 respectively.

WHEREFORE, Petitioner/Defendant Black Horse respectfully requests that the above-captioned action be removed from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson, Esq. (26504)
_____/s/_____
J. Ethan Clasing, Esq. (30293)
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-2675
(410) 752-6868 (fax)
astephenson@fandpnet.com
eclasing@fandpnet.com
*Attorneys for Defendant Black Horse Carriers, Inc..*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2022, a copy of the foregoing Notice of Removal was served through ECF and email upon:

Philip M. Wright, Esq.
Adams Law Center
25 Wood Lane
Rockville, MD 20850
pwright@andersonquinn.com
*Attorney for Plaintiff*

                                                                                         _____/s/_____
                                                             Andrew T. Stephenson, Esq. (26504)